# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Kevin N Brower**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00743-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Bob Lewis | ) | |
| Lawrence Parsons | | |
| Kory Dalrymple | | |
| Glenn Kinney | | |
| Stephanie Miller | | |
| Ricky Hutchings | | |
| Jane Doe | | |
| Paul Woods | | |
| Kearry Hinson | | |
| Brandon Decker**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2016 Order.

March 7, 2016

Frank G. Johns, Clerk
United States District Court